**610**

■ (A) In the Matter of the CITY OF JOHNSTOWN, Petitioner, v. WATER POLLUTION CONTROL BOARD OF THE STATE OF NEW YORK, Respondent. (B) In the Matter of NEW YORK WATER SERVICE CORPORATION, Petitioner, v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent. (C) JESSIE MARGARET STONE, Appellant, v. NEW YORK CENTRAL RAILROAD SYSTEM et al., Respondents. (D) IVAN STONE, Individually and as Guardian ad Litem of the Infants, MARY J. STONE, and Others, Appellant, v. NEW YORK CENTRAL RAILROAD SYSTEM et al., Respondents. (E) PAUL E. KELLEY, Appellant, v. HEARST CORPORATION, Respondent.— [In each action] Motion for permission to appeal to the Court of Appeals denied, without costs.

■ DANIEL J. CAREY, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. STANDARD BRANDS INCORPORATED, Appellant.— Motion for permission to appeal to the Court of Appeals granted, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARLUS BRADY VANCE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. — Decision of this court, handed down March 9, 1961 (ante, p. 577), amended to read as follows: THE PEOPLE OF THE STATE OF NEW YORK, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one type-written copy of the record and five typewritten copies of the brief. Motion in all other respects denied.

■ In the Matter of the Claim of JOHN JARZEMBOWSKI, Respondent, v. BIGELOW-SANFORD CARPET COMPANY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss purported notice of appeal, dated November 2, 1960, granted, without costs.

■ In the Matter of MAXWELL GROSSBARD, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for stay granted upon condition that the petitioner perfects his proceeding and is ready for argument at the May 1961 Term.

■ TIPPETTS-ABBETT-McCARTHY-STRATTON, Respondent, v. NEW YORK STATE THRUWAY AUTHORITY, Appellant.— Motion by Charles H. Sells, Inc., for permission to file a brief amicus curiæ. Motion granted.

■ ANGELINE M. FORI, Respondent, v. GEORGE J. FORI, Appellant.— Motion granted upon condition that appellant furnish security in the sum of $1,000 within 10 days after the service of a copy of the order to be entered hereon, and on the further condition that the appellant be ready for argument at the term commencing May 15, 1961.

■ In the Matter of the Claim of JOHN MINCH, Respondent, v. EBER BROS. & CO. INC., et al., Respondents, and ALSCO DISTRIBUTORS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to amend the decision of this court, handed down January 11, 1961 (12 A D 2d 827), so as to award costs jointly against the respondent, Workmen's Compensation Board and the respondents, Eber Bros. & Co., Inc., and Merchants Mutual Insurance Company. Motion granted.

■ In the Matter of the Claim of LILLIAN POLAN, Respondent. J. W. MAYS, INC., Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion by Donald L. Slater, Esq., heretofore appointed to represent claimant-respondent herein for an order fixing his fees and allowing his disbursements. Motion granted and his fee is hereby allowed and fixed in the sum of $150 and his disbursements are allowed in the sum of $50 in accordance with section 538 of the Labor Law.

■ In the Matter of the Claim of BEATRICE KAPILIAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to vacate